UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE LUIS SERRANO,<br><br>    Plaintiff,<br><br>  v.<br><br>B.G. COMPTON, et al.,<br><br>    Defendants. | No. CV 07-511-CAS (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation, and the objections to the report and recommendation that have been filed herein. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.

2. Defendants' motion to dismiss is granted with respect to defendant Compton, and denied with respect to defendants Nguyen and Casino.

3. Defendants Nguyen and Casino shall file an answer to the Third Amended Complaint within 20 days of the date of this Order.

4. The clerk shall serve this order on all counsel or parties of record.

DATED: September 23, 2008

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

2