UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOSE LUIS SERRANO, | ) | No. CV 07-511-CAS (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| B.G. COMPTON, et al., | ) | |
| Defendants. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed.

DATED: March 25, 2010

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE